# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

133900

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

INGHAM COUNTY and INGHAM COUNTY
SHERIFF,
      Respondents-Appellees,

v

CAPITOL CITY LODGE NO. 141 OF THE
FRATERNAL ORDER OF POLICE, LABOR
PROGRAM, INC.,
      Charging Party-Appellant.

SC: 133900
COA: 263956
MERC: 03-000089

_____/

On order of the Court, the application for leave to appeal the April 3, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

t1213